PETER LUZZI *v.* RONALD CASSIDENTO ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 11 Conn. App. 806, is dismissed.

*Marc M. Schindelman,* in support of the petition.

*Aaron P. Slitt,* in opposition.

Decided September 23, 1987

STATE OF CONNECTICUT *v.* DAVID M. MCKENNA

The defendant's petition for certification for appeal from the Appellate Court, 11 Conn. App. 122, is denied.

*Richard Emanuel,* in support of the petition.

*Harry Weller,* deputy assistant state's attorney, in opposition.

Decided September 23, 1987

STATE OF CONNECTICUT *v.* PETER J. BUTLER

The state's petition for certification for appeal from the Appellate Court, 11 Conn. App. 673, is denied.

*Frederick W. Fawcett,* assistant state's attorney, in support of the petition.

*Timothy H. Everett,* in opposition.

Decided September 23, 1987

STATE OF CONNECTICUT *v.* ROLAND BOUCHER

The state's petition for certification for appeal from the Appellate Court, 11 Conn. App. 644, is granted, with limitation.

*Judith Rossi,* deputy assistant state's attorney, in support of the petition.

Decided September 23, 1987